# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04cr3008 |
| vs. | ) | |
| | ) | |
| FRANK FIROZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearings held on 10/04/04 and 12/20/04 [125].

IT IS ORDERED:

1.    The request for transcript, filing [125] is granted.

2.    Frank Firoz  is ordered to pay to the **Clerk of Court** the amount of $182.50.  Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.   Likewise, should the cost of the transcript be less than $182.50, a refund check will be issued.

3.    Upon receipt of this fee, the Court Reporter  is ordered to prepare a transcript of the hearings held on 10/04/04 and 12/20/04.   A paper copy of the transcripts shall be mailed to the requestor.

Dated: July 20, 2012.

BY THE COURT:

s /Richard G. Kopf
United States District Judge